**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7244**

GERALD LAMB, JR.,

Plaintiff – Appellant,

and

GRAHAM BROWN,

Plaintiff,

v.

DR. DICOCO, Health Services Administrator,

Defendant – Appellee,

and

J. KEYS, Correctional Officer; MS. BENNETT, Disciplinary Hearing Officer,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:15-cv-00389-AWA-LRL)

Submitted: March 20, 2017                          Decided: April 28, 2017

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

———————

Gerald Lamb, Jr., Appellant Pro Se.  Kent Pendleton Porter, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Lamb, Jr. appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lamb v. Brown*, No. 2:15-cv-00389-AWA-LRL (E.D. Va. July 25, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*